IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>PN Financial, Inc.,<br><br>    Defendant. | No. CV10-2310-PHX-JAT<br><br>**JUDGMENT** |

Plaintiff Leonard Garcia filed his Fair Debt Collection Practices Act Complaint on October 27, 2010. Per Plaintiff's Executed Summons, Defendant PN Financial Inc. was served on December 29, 2010. (Doc. 6.) Defendant has not answered or otherwise defended. The Clerk entered default against Defendant on February 22, 2011. Defendant has not moved to set aside that default.

Plaintiff filed a Motion for Default Judgment on April 5, 2011. (Doc. 9.) Plaintiff seeks $1,000 in statutory damages, $3,184.20 in attorneys' fees, $685 in costs, and $500 in anticipation for collection costs. After reviewing Plaintiff's Memorandum in Support of the Motion for Default Judgment and based on Defendant's failure to appear, the Court will grant Plaintiff's Motion and enter Default Judgment against Defendant. The Court will award all the requested fees except for the $500 in anticipated collection costs.

Accordingly,

**IT IS ORDERED** GRANTING Plaintiff's Motion for Default Judgment (Doc. 9).

1     **IT IS FURTHER ORDERED** entering Judgment in favor of Plaintiff Leonard Garcia against Defendant PN Financial Inc in the amount of $4869.20.

DATED this 19th day of September, 2011.

                                                                               James A. Teilborg
                                                                       United States District Judge