1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

Leonard Garcia,                                          )          No.  CV 10-02310-PHX-JAT

9                                                                    )

10              Plaintiff/Judgment Creditor,     )          **ORDER**

      vs.                                                         )

11                                                                  )

12    PN Financial Incorporated,                     )

                                                                      )

13              Defendant/Judgment Debtor.    )

14    _____)

15          Pending before the Court is Plaintiff's Motion to Vacate Judgment Debtor Exam

16    (Doc. 19). Plaintiff moves to the Court to vacate the examination presently scheduled for

17    November 6, 2012, due to Plaintiff's inability to serve Notice upon Defendant. Finding

18    good cause appearing,

19          **IT IS THEREFORE ORDERED** that the Motion to Vacate Judgment Debtor

20    Exam (Doc. 19) is **granted;**

21          **IT IS FURTHER ORDERED** that the Judgment Debtor Exam set for November

22    6, 2012, at 9:00 a.m., **is vacated.**

23          Dated this 5th day of November, 2012.

24
25
26    Honorable Steven P. Logan
      United States Magistrate Judge

27
28